Clifford Allen **KALLBAH**, Appellant,

v.

**CORRECTIONAL MEDICAL SERVICES; Missouri Department of Corrections; Dr. William McKinney, Farmington Correctional Center; Dr. Gaddy, Appellees.**

No. 05–4305.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 24, 2006.

Filed: Oct. 26, 2006.

Clifford Allen Kallbah, Jefferson City, MO, pro se.

John Joseph Treu, Correctional Medical Services Legal Mail, Jefferson City, MO, for Appellees.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Former Missouri prisoner Clifford Kallbah appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he claimed that Correctional Medical Services physicians were deliberately indifferent to his serious medical needs. Having carefully reviewed the record, we agree with the district court's decision to grant defendants' motion for summary judgment, and conclude that the questions presented do not require further consideration. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

[1]. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.